1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD M. GILMAN,

11          Plaintiff,                    No. CIV S-05-0830 LKK GGH P

12      vs.

13   M. PEREZ, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff has filed several documents, including two sets of requests for production

17   of documents and a "first set of interrogatories."   Plaintiff is informed that court permission is

18   not necessary for discovery requests and that neither discovery requests served on an opposing

19   party nor that party's responses should be filed until such time as a party becomes dissatisfied

20   with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.

21   Discovery requests between the parties shall not be filed with the court unless, and until, they are

22   at issue.

23          Accordingly, IT IS HEREBY ORDERED that plaintiff's March 3, 2006 discovery

24   requests will be placed in the court file and disregarded.  Plaintiff is cautioned that further filing

25   /////

26   /////

1

1  of discovery requests or responses, except as required by rule of court, may result in an order of

2  sanctions, including, but not limited to, a recommendation that this action be dismissed.

3  DATED: 3/22/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

6  GGH:bb
gilm0830.411

2