IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

      Plaintiff,                        No. CIV S-05-0830 LKK GGH P

  vs.

M. PEREZ, at al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff's August 4, 2005 second amended complaint[1] has been answered by defendants Blonien, Perez and Welch and these defendants have subsequently filed a motion for summary judgment, which is pending. Plaintiff paid the filing fee but was granted an opportunity to file an in forma pauperis affidavit in order for the court to determine whether plaintiff qualified for such status so that the U.S. Marshal could effect service upon the remaining unserved defendants, Arnold Schwarzenegger and Dennis Kenneally. See Order, filed on July 27, 2005. Plaintiff failed to file the requisite in forma pauperis affidavit; he was directed to effect service upon the remaining defendants, pursuant to Fed. R. Civ. P. 4, and provided with

---

[1] The original complaint was filed on April 27, 2005 by co-plaintiffs, after which the claims of the parties were severed. See Order, filed on July 27, 2005.

1

the summonses for doing so.  See Order, filed on October 27, 2005.  The court has twice provided plaintiff with summonses (on October 27, 2005 and January 23, 2006) but plaintiff has been unsuccessful in his efforts to serve defendants Schwarzenegger and Kenneally.  Although very belatedly filed, plaintiff has filed an in forma pauperis affidavit and, to avoid additional delay and in the interest of judicial efficiency, the court now finds that plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted, but no further filing fee is due, plaintiff having paid in full;

2. Service is appropriate for the following as yet unserved defendants: Gov. Arnold Schwarzenegger and Dennis Kenneally;

3. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed August 4, 2005.

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Three (3) copies of the endorsed second amended complaint filed August 4, 2005.

\\\\\

\\\\\

\\\\\

2. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 5/3/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
gilm0830.srv

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

     Plaintiff,                      No. CIV S-05-0830 LKK GGH P

     vs.

M. PEREZ, at al.,

     Defendants.             <u>NOTICE OF SUBMISSION</u>

_____/      OF DOCUMENTS

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     <u> 1 </u>    completed summons form

     <u> 2 </u>    completed USM-285 forms

     <u> 3 </u>    copies of the <u> August 4, 2005 </u>
                          Second Amended Complaint

DATED:

                                       _____
                                       Plaintiff