IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

      Plaintiff,                     No. CIV S-05-0830 LKK GGH P

      vs.

S. FISHER, et al.,

      Defendants.             <u>ORDER</u>

_____/

        On February 13, 2007, defendants filed a request for reconsideration of the magistrate judge's order filed January 30, 2007, granting plaintiff's request for a continuance, pursuant to Fed. R. Civ. P. 56(f), of defendants' motion for summary judgment, vacating defendants' April 4, 2006, motion for summary judgment, subject to re-notice, and directing defendants Fisher and Welch to produce documents in response to a specific discovery request. Defendants also sought a stay of discovery pending this court's ruling on the reconsideration request.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

\\\\\

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed January 30, 2007, is affirmed, and defendants' February 13, 2007, motion
3  for a stay of discovery is denied.
4  DATED: March 6, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT