IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

      Plaintiff,                         No. CIV S-05-0830 LKK GGH P

    vs.

S. FISHER, et al.,

      Defendants.                ORDER

_____/

        The undersigned held a telephone conference, on April 5, 2007, with plaintiff pro se, Richard Gilman, and counsel for defendants, Stephen Acquisto, to resolve defendants' request to reduce the burden of their production by further narrowing the previously ordered production of a portion of subsequent parole consideration hearing transcripts in 2006 for convicted male first degree murderers serving sentences of 25 years to life. See Orders, filed on 3/28/07, and on 1/30/07.

        Following the conference, the court makes the following ORDERS:

        1. Defendants will produce only the specific pages of the decision portion of parole consideration hearing transcripts solely from *subsequent* parole consideration hearings for convicted male first degree murderers serving sentences of 25 years to life, for the months of

1

1   January, February, October, November and December of the year of 2006;

2. Given that defendants have sought to limit the production, defense counsel has agreed that any argument that this production does not constitute a sufficient representative sample of the Board's decision-making with regard to subsequent parole consideration hearings for male first degree murderers is waived;

3. Defendants must produce and make available to plaintiff the transcripts, as set forth above, within thirty (30) days of the filed date of this order;[1] upon production of the transcripts, defendants are directed to re-notice their previously vacated summary judgment motion as of the date of service of production, by filing and serving only a new notice of motion, since the motion, memorandum and other supporting documents have been previously filed and served;

4. Upon service of the transcripts and re-notice of the summary judgment motion, plaintiff will have thirty (30) days to review the production and to file any opposition or supplemental opposition to defendants' summary judgment motion;

5. The transcripts will be stored in a secure location at the prison, preferably in the senior librarian's office in the prison law library; and

6. Plaintiff will have full access to the transcripts, but he will only have access while he is in the prison law library; thus, defendants are to ascertain that plaintiff is granted the most latitude possible to be in the law library to review the records.

7. Defendants will have fifteen (15) days, following service of any supplemental opposition by plaintiff to their dispositive motion, to file a reply.

DATED: 4/6/07                    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/gilm0830.ord2

---

[1] This Order supersedes and is intended to limit the extension of time for production that had been granted in the Order, filed on 3/28/07.