IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Plaintiff,                     No. CIV S-05-0830 LKK GGH P

    vs.

S. FISHER, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested a 30-day extension of time to file a supplemental opposition and a cross-motion for summary judgment, pursuant to the court's order filed on April 6, 2007. Although the January 23, 2007, scheduling order sets the dispositive motion deadline as June 8, 2007, plaintiff may file his supplemental opposition and cross-motion for summary judgment within thirty days thereafter. Plaintiff's request for an extension of time is denied as moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 12, 2007 request for an extension of time is denied as moot; and

\\\\\

\\\\\

2. Plaintiff shall file his supplemental opposition and cross-motion for summary judgment on or before July 9, 2007.

DATED: 6/19/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
gilm0830.36cm