IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

       Plaintiff,                No. CIV S-05-0830 LKK GGH P

    vs.

S. FISHER, et al.,                <u>ORDER</u>

       Defendants.,

_____/

       Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Defendants have filed motions for summary judgment, by re-notice filed on May 4, 2007, and by a filing on June 7, 2007, and now move to vacate the pretrial and trial dates from the scheduling order. In light of the pending dispositive motions, the court will grant the motion to vacate.

       Accordingly, IT IS ORDERED that:

       1. Defendants August 6, 2007, motion to vacate the September 28, 2007 pretrial conference and December 11, 2007 trial dates set in the January 23, 2007 scheduling order is granted;

       2. Vacating the pretrial conference date relieves the parties from the obligation to file their respective pretrial statements at this time;

1

3. The dates for the pretrial conference, for filing pretrial statements, and for a jury trial will be re-set, if appropriate, upon adjudication of the pending dispositive motions.

DATED: 8/13/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gilm0830.vac2