IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Plaintiff,                        No. CIV S-05-0830 LKK GGH P

    vs.

S. FISHER, et al.,

    Defendants.                 <u>ORDER</u>

_____/

    Plaintiff has requested a thirty-day extension of time to file a reply to defendant Schwarzenegger's opposition to plaintiff's July 30, 2007, request for postponement of consideration of defendant's summary judgment motion.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's August 27, 2007, request for an extension of time is partially granted;

    2. Plaintiff is granted twenty days from the date of this order in which to file his reply; and

    3. There will be no further extension.

DATED: 9/5/07                          /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
gilm0830.eot