IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

        Plaintiff,                  No. CIV S-05-0830 LKK GGH P

    vs.

S. FISHER, et al.,

        Defendants.        ORDER

_____/

        On August 23, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order, filed August 14, 2007, vacating the pretrial conference and trial dates. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 14, 2007, is affirmed.

DATED:  September 11, 2007.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT