IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Plaintiff,                   No. CIV S-05-0830 LKK GGH P

    vs.

S. FISHER, et al.,

    Defendants.           <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 7, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 7, 2008 are adopted in full;

2. The motion for summary judgment, filed on April 4, 2006 (# 39), and re-noticed on May 4, 2007 (# 85), by defendants Blonien, Welch and Perez (now Fisher), in which defendant Kenneally joined on May 25, 2007 (# 87), is denied;

3. Defendant Schwarzenegger's motion for summary judgment, filed on June 7, 2007 (# 92), is denied;

4. Plaintiff's (cross-) motion for summary judgment filed on July 30, 2007 (# 101), is denied; and

5. This matter will be set for bench trial.

DATED: March 31, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2