IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

        Plaintiff,                    No. CIV S-05-0830 LKK GGH P

    vs.

S. FISHER, et al.,

        Defendants.,            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff seeks clarification of the further scheduling order, filed on April 3, 2008, which, inter alia, sets forth the procedures for obtaining witness attendance at trial.

        In the 4/03/08, order, plaintiff was directed to file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before June 6, 2008. Plaintiff currently asks whether he must prepare subpoenas for service upon defendants as well as witness fees for them. Defendants are parties to this action and plaintiff need not subpoena or provide witness fees for their appearance; however, the defendants are highly placed state officials who are named only in their official capacities. With his pretrial statement, plaintiff's motion for the attendance of each defendant whose appearance he seeks must meet very strict guidelines. In all likelihood, the highly placed governmental officials will not be

1

1  compelled to testify unless they appear on defendants' list of witnesses.
2         IT IS SO ORDERED.
3  DATED: 05/27/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gilm0830.ord