Richard M. Gilman
C-47508
California Medical Facility
P.O. Box 2500, YD-118-L
Vacaville, CA 95696-2500

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN,**<br>　　　　　　　Plaintiff,<br>vs.<br>**S. FISHER, et al.**<br>　　　　　　　Defendants. | NO. CIV S-05-0830-LKK-GGH-P<br><br>**ORDER APPOINTING COUNSEL** (28 U.S.C. § 1915(e)(1); General Order 230) |

Upon review of plaintiff's motion for appointment of counsel and the documents on file and good cause appearing therefor, the court finds as follows:

1. Plaintiff has made substantial efforts to obtain legal representation and has been unable to do so. Further efforts to obtain the services of counsel without order of this court would be futile;

2. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and he is otherwise without resources to obtain counsel;

3. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

4. This case is not a fee generating case within the meaning of California Business and Professional Code § 8030.4(g);

5. This case has sufficient merit to warrant appointment pursuant to General Order No. 230;

Therefore this court orders as follows:

1. Carter C. White of the U.C. Davis Civil Rights Clinic, and David M. Porter of the Office of the Federal Defender are appointed as attorneys for plaintiff pursuant to General Order No. 230;

2. The Clerk of the Court is directed to make available to counsel a copy of the file in this matter; and

3. Counsel shall submit all deposition transcript costs for payment pursuant to section 8030.6 of the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order 230.

4. The Court's April 3, 2008, Further Scheduling Order, including the requirements for filing Pretrial Orders, is vacated.

5. This case is set for status conference on June 12, 2008 at 10:00 a.m.

Dated: 06/02/08

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

gilm0830.sub