IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD M. GILMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>S. FISHER, et al.,<br><br>　　　　　Defendants. | Case No.: 2:05-cv-00830 LKK GGH P<br><br>**ORDER** |

On May 7, 2008, Defendants filed a request for substitution of parties, asking that M. Hochino take the place of Defendant Kenneally and J. Davis take the place of Defendant Fisher. Defendants made this request on the grounds that Kenneally and Fisher no longer work for the Board of Parole Hearings, that Kenneally and Fisher have been replaced on the Board of Parole Hearings by Hochino and Davis, and that Kenneally and Fisher have been sued solely in their official capacities.

IT IS HEREBY ORDERED that M. Hochino take the place of Defendant Kenneally and that J. Davis take the place of Defendant Fisher. Defendants Kenneally and Fisher are hereby dismissed from this action.

Dated: June 3, 2008

GREGORY G. HOLLOWS

*[Proposed] Order*

1