IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Plaintiff,                    No. CIV S-05-0830 LKK GGH P

    vs.

J. DAVIS, et al.,[1]

    Defendants.,           ORDER

_____/

        Plaintiff, a state prisoner now represented by counsel, seeks relief pursuant to 42 U.S.C. § 1983. This matter to be set for a bench trial came on for a status conference on June 12, 2008, in light of the recent appointment of counsel for plaintiff. See Order, filed on 6/02/08. Carter White appeared for plaintiff,[2] while Philip Arthur and Jennifer A. Neill appeared on behalf of defendants. Plaintiff sought leave to file an amended complaint for the purpose of naming the appropriate parties as defendants to insure that the Board of Parole Hearings would be enjoined by any potential prospective injunctive relief that might be ordered by the court. The

---

[1] In this case which proceeds only against defendants in their official capacities, this modification to the caption reflects the substitution of defendant J. Davis for defendant S. Fisher (as well as defendant M. Hochino in place of defendant Kenneally). See Order, filed on 6/06/08.

[2] David Porter of the Office of the Federal Defender has also sought and been granted appointment as plaintiff's counsel, but was not present.

1

1  undersigned indicated an inclination to grant the request and now does so.

2          Accordingly, IT IS ORDERED that if plaintiff elects to proceed upon an amended
3  complaint, plaintiff must file a third amended complaint within thirty days.  Should plaintiff
4  name additional defendants, as plaintiff's counsel anticipates, counsel is responsible for serving
5  the third amended complaint upon any newly named defendants.

6  DATED: 06/20/08

                                 /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:009
gilm0830.pst

2