Carter C. White, CSB No. 164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN,**<br><br>              Plaintiff,<br><br>vs.<br><br>**J. DAVIS, et al.**<br><br>              Defendants. | NO. CIV S-05-0830-LKK-GGH-P<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |

On June 20, 2008, this Court granted Plaintiff thirty days within which to file a third amended complaint. (Doc. 138).  The parties to this action stipulate, and ask the Court to enter as an Order, that the time for Plaintiff within which to file a third amended complaint is extended an additional sixty (60) days, up to and including September 22, 2008.

The primary reason for this extension is that Plaintiff's counsel needs to interview several potential co-plaintiffs who are in state custody at various CDCR facilities.  It is contemplated that many of these interviews will be conducted by certified law students enrolled in the King Hall Civil Rights Clinic.  Because the Clinic students do not return for the fall semester until August 25, 2008, the sixty day extension of time is needed.

//

//

//

//

|   |   |   |
|---|---|---|
| 1 |                                          | */S/ Carter C. White* |
| 2 | Dated: July 18, 2008 | _____ |
| 3 |   | Carter C. White |
| 4 |   | Counsel for Plaintiff |
| 5 |   | */S/ Phillip L. Arthur* |
| 6 | Dated: July 18, 2008 | _____ |
| 7 |   | Phillip L. Arthur |
| 8 |   | Counsel for Defendants |

IT IS SO ORDERED: ** No further extensions.

Dated: 07/21/08

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

gilm0830.eot