1  King Hall Civil Rights Clinic
   U.C. Davis School of Law
2  One Shields Avenue, Bldg. TB-30
   Davis, CA  95616-8821
3  Telephone: (530) 752-5440
   Fax: (530) 752-5788
4  ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN,** | ) |
| Plaintiff, | ) NO. CIV S-05-0830-LKK-GGH-P |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **EXTENDING TIME FOR PLAINTIFF** |
| **J. DAVIS, et al.** | ) **TO FILE THIRD AMENDED** |
| | ) **COMPLAINT** |
| Defendants. | ) |

On June 20, 2008, this Court granted Plaintiff thirty days within which to file a third amended complaint. (Doc. 138). On July 21, 2008, this Court granted Plaintiff an additional sixty days within which to file a third amended complaint. (Doc. 140). The parties to this action stipulate, and ask the Court to enter as an Order, that the time for Plaintiff within which to file a third amended complaint is extended an additional fourteen (14) days, up to and including October 6, 2008.

Plaintiff's counsel has been diligent in conducting interviews with several potential co-plaintiffs who are in state custody at various CDCR facilities.  This short, two-week additional extension is necessary in order that one or more interviews can be conducted by certified law students enrolled in the King Hall Civil Rights Clinic with women inmates who are detained in the CDCR facilities which house women.  The Clinic has not been able to schedule these interviews since the recent beginning of fall semester classes, but can do so and complete the amended complaint in two weeks.

| | | |
|---|---|---|
| 1 | | */S/ Carter C. White* |
| 2 | Dated: September 22, 2008 | _____ |
| 3 | | Carter C. White |
| 4 | | Counsel for Plaintiff |
| 5 | | */S/ Phillip L. Arthur* |
| 6 | Dated: September 22, 2008 | _____ |
| 7 | | Phillip L. Arthur |
| 8 | | Counsel for Defendants |

IT IS SO ORDERED:

Dated: 09/25/08

/s/ Gregory G. Hollows

_____

United States Magistrate Judge

gilm0830.eot2

2