Carter C. White, CSB No. 164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN,**<br><br>   Plaintiff,<br><br>vs.<br><br>**J. DAVIS, et al.**<br><br>   Defendants. | NO. CIV S-05-0830-LKK-GGH-P<br><br>**STIPULATION AND ORDER TO CONSIDER THIRD AMENDED COMPLAINT AS TIMELY FILED** |

On June 20, 2008, this Court granted Plaintiff thirty days within which to file a third amended complaint. (Doc. 138). On July 21, 2008, this Court granted Plaintiff an additional sixty days within which to file a third amended complaint. (Doc. 140). On September 25, 2008, this Court granted Plaintiff an additional 14 days to file the third amended complaint (Doc. 142).  Thus, the Third Amended Complaint was due to be filed on October 6, 2008.

On October 7, 2008, at 12:14 a.m., the third amended complaint was filed electronically with the Court. The parties to this action stipulate, and ask the Court to enter as an Order, that Plaintiff's third amended complaint was filed in a timely fashion.

//

//

//

//

//

| | | |
|---|---|---|
| 1 | | ***/S/ Carter C. White*** |
| 2 | Dated: October 9, 2008 | _____ |
| 3 | | Carter C. White<br>Counsel for Plaintiffs |
| 4 | | ***/S/ Philip L. Arthur*** |
| 5 | Dated: October 9, 2008 | _____ |
| 6 | | Phillip L. Arthur<br>Counsel for Defendants |
| 7 | IT IS SO ORDERED: | |
| 9 | Dated: 10/16/08 | /s/ Gregory G. Hollows |
| 10 | | _____<br>United States Magistrate Judge |

13  gilm0830.eot3