CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA  95616-8821
Telephone:  (530) 752-5440
Facsimile:  (530) 752-5788

ccwhite@ucdavis.edu

MONICA KNOX, CSB #84555
DAVID M. PORTER, CSB #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone:  (916) 498-5700

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al.,           )<br>                                     )<br>          Plaintiffs,                )<br>                                     )<br>     v.                              )<br>                                     )<br>J. DAVIS, et al.,                    )<br>                                     )<br>          Defendants.                )<br>_____) | No. Civ. S 05-830 LKK GGH P<br><br>**UNOPPOSED REQUEST TO VACATE ORDER OF NOVEMBER 20, 2008; ORDER** |

On November 17, 2008, defendants requested an extension of time to respond to the third amended complaint.  They asked for a sixty-day extension because they "were informed that this case would . . . proceed as a class action," and decided to retain outside counsel – a decision that required the governor's approval, which they expected to receive within 60 days.

On November 20, 2008, the Court granted the request in part.  The Court explained that the matter had not yet been certified as a class action, and that no motion had yet been filed to certify the class.

1  Accordingly, the Court granted an extension of twenty days from the
2  date of its order.
3      Plaintiffs plan to file by December 12, 2008, a motion for leave
4  to file a fourth amended complaint, which substitutes the current
5  Chairman of the Board of Parole Hearings and eliminates some causes of
6  action and clarifies others, and a motion to certify the class pursuant
7  to Rule 23, Federal Rules of Civil Procedure.  Accordingly, to avoid
8  defendants having to expend resources responding to a pleading that
9  might not be the operative complaint, and to promote a complete and
10 efficient adjudication of the dispute, plaintiffs respectfully request
11 that the Court enter the order lodged herewith vacating the Court's
12 November 20, 2008 order, and directing plaintiffs to file their motion
13 for leave and motion for class certification on or before December 12,
14 2008.
15     On December 3, 2008, counsel for defendants, Deputy Attorney
16 General Phillip L. Arthur, was contacted, and he indicated that he had
17 no objection to this request.
18 Dated:  December 3, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ *Monica Knox*
                              MONICA KNOX
                              Assistant Federal Defender

                              Attorneys for Plaintiffs
                              RICHARD M. GILMAN, et al.

**ORDER**

Pursuant to the unopposed request of plaintiffs, and good cause appearing therefor, the Court's order filed November 20, 2008 is VACATED.  Plaintiffs shall file their motion for leave and for class certification on or before December 12, 2008.

Dated:  December 8, 2008

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
U.S. Magistrate Judge

gilm0830.eot4