UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

          Plaintiffs,

     v.

J. DAVIS., et al.,

          Defendants.

                                                      NO. CIV. S-05-830 LKK/GGH

O R D E R

Pending before the court are plaintiff's motion to amend the complaint, motion to certify a plaintiff class, and motion for a preliminary injunction, all noticed to be heard on January 12, 2008. The court first observes that the motion for a preliminary injunction was not timely filed and served. <u>See</u> Local Rule 78-230(b). Moreover, court congestion requires continuance of the other two motions. Accordingly, the court orders as follows:

      1.    The hearings on all three of the above-stated motions are CONTINUED to January 30, 2009 at 10 AM. Oppositions or statements of non-opposition SHALL be filed not later than January 5, 2009. Replies, if any, SHALL be filed

1

```
1              not later than January 12, 2009.
2         2.   The referral of discovery to the magistrate judge
3              remains in effect. All law and motion practice shall be
4              set for hearing before the undersigned. The parties
5              shall refer to the case in future filings as "No. Civ.
6              2:05-cv-00830 LKK/GGH," dropping the "P" designation at
7              the end.
8         IT IS SO ORDERED.
9         DATED: December 23, 2008.
```

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2