**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants BOOKER WELCH, MARTIN HOSHINO, JAMES DAVIS, JONES MOORE, LOUIE DININNI, NOREEN BLONIEN and ARNOLD SCHWARZENEGGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, DENNIS ANDERSON, ROBERT A. GOULD, JR., CHARLES LEWIS, RICHARD LEWIS and GLORIA OLSON, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOOKER WELCH, et al.,<br><br>Defendants. | Case No. 2:05-cv-00830-LKK-GGH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS TO AMEND COMPLAINT, FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RICHARD M. GILMAN, DENNIS ANDERSON, ROBERT A. GOULD, JR., CHARLES LEWIS, RICHARD LEWIS and GLORIA OLSON and Defendants BOOKER WELCH, MARTIN HOSHINO, JAMES DAVIS, JONES MOORE, LOUIE DININNI, NOREEN BLONIEN and ARNOLD SCHWARZENEGGER that the time for briefing on the above-referenced motions be continued an additional four days so that oppositions or statements of non-opposition shall be filed on or before January 9, 2009 and reply briefs, if any, shall be filed not later than January 16, 2009.

1
**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS TO AMEND COMPLAINT, FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION**
00639157.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1  Good cause exists for the granting of the four day extension of the briefing schedule
2  set forth in the order filed December 23, 2008, Docket # 158, on the grounds that counsel for
3  Defendants only recently substituted into this case on December 17, 2008 and had previously
4  scheduled to be out of the office from December 24 to December 28 and December 31 to
5  January 2, 2009 and therefore the deadline for filing oppositions not later than January 5,
6  2009, presents an undue hardship on counsel for Defendants.  In addition, to the extent
7  evidentiary declarations may be necessary to oppose the Motion for Preliminary Injunction,
8  counsel for Defendants believes that it will be extremely difficult to communicate with the
9  necessary parties over the upcoming holidays in order to obtain those declarations.
10 Furthermore, counsel for Plaintiffs has requested the additional four day extension within
11 which to file the reply brief, if any, because King Hall students return to school on January
12 12, 2009 and therefore would be available to work on those briefs until they would be due
13 on the new filing date of January 16, 2009. This will not alter the hearing date of January 30,
14 2009.  The parties respectfully submit that the respective four day extensions to the briefing
15 schedule is therefore reasonable and necessary in this case.

16  WHEREFORE, the parties respectfully that the Court grant this Stipulation and Order
17 to modify to the briefing schedule as requested above.

19 Dated: December 23, 2008         U.C. DAVIS CIVIL RIGHTS CLINIC

21                                  By    /s/ Carter C. White
                                          Carter C. White
22                                        Attorney for Plaintiffs
                                          RICHARD M. GILMAN, DENNIS
23                                        ANDERSON, ROBERT A. GOULD, JR.,
                                          CHARLES LEWIS, RICHARD LEWIS and
24                                        GLORIA OLSON

26 / / / /

27 / / / /

28

2
**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS TO AMEND COMPLAINT, FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION**

00639157.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1  ////

2  Dated:  January 5, 2009          PORTER SCOTT
                                     A PROFESSIONAL CORPORATION
3

4                                    By    /s/ Terence J. Cassidy
                                        Terence J. Cassidy
5                                       Attorney for Defendants
                                        BOOKER WELCH, MARTIN HOSHINO,
6                                       JAMES DAVIS, JONES MOORE, LOUIE
                                        DININNI, NOREEN BLONIEN and
7                                       ARNOLD SCHWARZENEGGER

8        IT IS SO ORDERED.

9
   Dated: January 5, 2009
10

11                                   _____
                                     LAWRENCE K. KARLTON
12                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

---

3
**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS TO AMEND COMPLAINT, FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION**

00639157.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com