CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
ccwhite@ucdavis.edu

MONICA KNOX, CSB #84555
DAVID M. PORTER, CSB #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al., Plaintiffs, v. BOOKER WELCH, et al., Defendants. | No. Civ. S 05-830 LKK GGH **UNOPPOSED REQUEST FOR EXTENSION OF TIME FOR ONE COURT DAY; ORDER** |

On December 8, 2008, this Court ordered plaintiffs to file a motion for leave to file a fourth amended complaint and a motion for class certification on or before December 12, 2008. While undersigned counsel has diligently attempted to meet this deadline, they have been unable to do so because of delays in obtaining information from inmates who will be substituted for named plaintiffs.

Attempts to contact counsel for defendants to determine their position on this request were unsuccessful. This request is the first request for extension and it is not being interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose.

Accordingly, plaintiffs respectfully request that the court enter the order lodged herewith granting an extension of one court day, until December 15, 2008, to file the motion for leave to file a fourth amended complaint and motion for class certification.

Dated: December 12, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Monica Knox*
MONICA KNOX
Assistant Federal Defender

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.


**ORDER**

Pursuant to the request of plaintiffs, and good cause appearing therefor, plaintiffs shall file their motion for leave and for class certification on or before December 15, 2008.

Dated: February 25, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT