**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant ARNOLD SCHWARZENEGGER and ROBERT DOYLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, JAMES MASONER, RICHARD W. BROWN, CHRIS FOWLER, EDWARD STEWART, MARIO MARQUEZ, RICHARD LEWIS, and GLORIA OLSON, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARTZENEGGER, Governor of California, in his official capacity; ROBERT DOYLE, Chairman, Board of Parole Hearings, in his official capacity; All Commissioners of the Board of Parole Hearings, in their official capacity; All Deputy Commissioners of the Board of Parole Hearings Who Hear Lifer Cases, in their official capacity,<br><br>Defendants. | Case No. 2:05-cv-00830-LKK-GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' [CORRECTED] FOURTH AMENDED/SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - CLASS ACTION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RICHARD M. GILMAN, JAMES MASONER, RICHARD W. BROWN, CHRIS FOWLER, EDWARD STEWART, MARIO MARQUEZ, RICHARD LEWIS and GLORIA OLSON and Defendants ARNOLD SCHWARZENEGGER (incorrectly named in the caption as SCHWARTZENEGGER) and ROBERT DOYLE by and through their undersigned counsel, that the time for Defendants to respond to Plaintiffs' [Corrected] Fourth Amended/Supplemental Complaint to Declaratory

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE**
00665969.WPD

and Injunctive Relief - Class Action (hereinafter "FAC") shall be extended to up to and including March 30, 2009.

Dated: March 18, 2009          U.C. DAVIS CIVIL RIGHTS CLINIC


                               By    /s/ Carter C. White
                                    Carter C. White
                                    Attorney for Plaintiffs
                                    RICHARD M. GILMAN, DENNIS
                                    ANDERSON, ROBERT A. GOULD, JR.,
                                    CHARLES LEWIS, RICHARD LEWIS and
                                    GLORIA OLSON

Dated: March 18, 2009          PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                               By    /s/Terence J. Cassidy
                                    Terence J. Cassidy
                                    Attorney for Defendants
                                    ARNOLD SCHWARZENEGGER

IT IS SO ORDERED.

Dated: March 19, 2009


                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT