CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
ccwhite@ucdavis.edu

DANIEL J. BRODERICK, CSB #89424
Federal Defender
MONICA KNOX, CSB #84555
DAVID M. PORTER, CSB #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, JAMES MASONER, RICHARD W. BROWN, CHRIS FOWLER, EDWARD STEWART, MARIO MARQUEZ, RICHARD LEWIS, and GLORIA OLSON, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor of California, in his official capacity; ROBERT DOYLE, Chairman, Board of Parole Hearings, in his official capacity; All Commissioners of the Board of Parole Hearings, in their official capacity; All Deputy Commissioners of the Board of Parole Hearings Who Hear Lifer Cases, in their official capacity,<br><br>Defendants.<br>_____ | No. Civ. S 05-830 LKK GGH<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR SERVICE OF FOURTH AMENDED/ SUPPLEMENTAL COMPLAINT** |

1    The parties stipulate that the time for service of the Fourth Amended/Supplemental Complaint on all defendants who are all the Commissioners of the Board of Parole Hearings, and all Deputy Commissioners of the Board of Parole Hearings, who conduct parole consideration hearings for life inmates is hereby extended for thirty (30) days, up to and including August 3, 2009.  The parties request this additional time as they are working on a reasonable solution to service of all official capacity defendants.

   Pursuant to Local Rule 83-143, the parties respectfully request that this stipulation be entered as an Order of the Court.

Dated: July 2, 2009

*/S/ Carter C. White*
_____
CARTER C. WHITE
Supervising Attorney
U.C. Davis Civil Rights Clinic

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

*/S/ Terence J. Cassidy*
_____
TERENCE J. CASSIDY
PORTER SCOTT
A PROFESSIONAL CORPORATION

Attorneys for Defendants
ARNOLD SCHWARZENEGGER, et al.

IT IS SO ORDERED.

Dated:     July 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT