1   CARTER C. WHITE, CSB # 164149
    U.C. Davis Civil Rights Clinic
2   One Shields Avenue, Building TB-30
    Davis, CA  95616-8821
3   Telephone:  (530) 752-5440
    Facsimile:  (530) 752-5788
4   ccwhite@ucdavis.edu

5   DANIEL J. BRODERICK, CSB #89424
    Federal Defender
6   MONICA KNOX, CSB #84555
    DAVID M. PORTER, CSB #127024
7   Assistant Federal Defenders
    801 I Street, 3rd Floor
8   Sacramento, CA  95814
    Telephone:  (916) 498-5700
9   monica_knox@fd.org
    david_porter@fd.org
10

11  Attorneys for Plaintiffs
    RICHARD M. GILMAN, et al.
12

13              IN THE UNITED STATES DISTRICT COURT

14           FOR THE EASTERN DISTRICT OF CALIFORNIA

15
    **RICHARD M. GILMAN**, et al.,      )   NO. 2:05-cv-00830 LKK GGH
16                                      )
                Plaintiffs,             )
17                                      )   **ORDER RESETTING HEARING ON**
          v.                            )   **PLAINTIFFS' MOTION TO COMPEL**
18                                      )
    **ARNOLD SCHWARZENEGGER, et**       )   Hearing: January 28, 2010
19  **al.,**                            )   Time:    10:00 a.m.
                                        )   Court:   9, 13th floor
20              Defendants.             )   Judge:   Hon. Gregory G. Hollows
                                        )
21

22              Upon the stipulation of the parties, it is hereby

23              ORDERED that the hearing on Plaintiffs' motion to compel discovery responses and

    to strike objections be rescheduled to Thursday, January 28, 2010, at 10:00 a.m.
24
    Dated: January 11, 2010              /s/ Gregory G. Hollows
25                                      _____
                                         GREGORY G. HOLLOWS
26

27  gilm0830.hg

28