CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA  95616-8821
Telephone:  (530) 752-5440
Facsimile:  (530) 752-5788
ccwhite@ucdavis.edu

DANIEL J. BRODERICK, CSB #89424
Federal Defender
MONICA KNOX, CSB #84555
DAVID M. PORTER, CSB #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone:  (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, **et al.,**<br><br>    Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>    Defendants. | NO. 2:05-cv-00830 LKK GGH<br><br>**ORDER RESETTING HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br><br>Hearing: March 4, 2010<br>Time:    10:00 a.m.<br>Court:   9, 13th floor<br>Judge:   Hon. Gregory G. Hollows |

Upon the stipulation of the parties, it is hereby

ORDERED that the Plaintiffs' motion to compel discovery shall be reset to be heard on Thursday, March 4, 2010, at 10:00 a.m. before the undersigned

Dated:   February 8, 2010          /s/ Gregory G. Hollows

                                   UNITED STATES MAGISTRATE JUDGE

gilm0830.ord