IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al,

    Plaintiff,                                      No. CIV S-05-0830 LKK GGH

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants,                                <u>ORDER</u>

_____/

        Plaintiffs' motion to compel, filed on December 23, 2009, came on for hearing on March 4, 2010, before the undersigned. David Porter and Carter White appeared on behalf of plaintiffs; Michael Pott represented defendants. At the end of the hearing, the court issued the following ORDERS:

        1. Defendants are to produce in electronic form, within thirty days, parole hearing transcripts for fifty percent of the 6200 lifer inmates on defendants' list referenced at hearing, beginning with no. 1, and producing the transcript thereafter for every other inmate on the list (in other words, producing the transcript for those inmates on the list whose list number would be 1, 3, 5, 7, et seq.); in addition, defendants are to produce the list of 6200 inmates itself to plaintiffs within the same time period; and

\\\\\

1

2.  No later than March 15, 2010, the parties must file a joint supplemental statement setting forth an agreed statistically reasonable percentage of "lifer packets" to be produced by defendants, or their positions regarding such.

DATED: March 4, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gilm0830.mtc