CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu


DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ARNOLD SCHWARZENEGGER**, et al., ) <br> ) <br> Defendants. ) <br> ) | NO. CIV-S-05-830 LKK GGH <br><br> **STIPULATED REQUEST TO EXTEND THE TIME TO RESPOND TO COURT'S MARCH 5, 2010 ORDER; ORDER** <br><br> Judge:    Hon. Gregory G. Hollows |

Pursuant to Local Rule 143, the parties request that the Court extend the time for filing a response to this Court's March 5, 2010 order, which directed the parties to file a joint supplemental statement setting forth an agreed statistically reasonable percentage of "lifer packets" to be produced by defendants, or their positions regarding such, on or before March 15, 2010. Because of delays encountered in communicating with statisticians, however, the parties request a brief extension, until March 19, 2010, to respond to the Court's order. This is the first request for extension and it is not interposed to unduly delay the proceedings or for any other improper purpose.

Dated: March 15, 2010

                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

Dated: March 15, 2010

PORTER SCOTT
A PROFESSIONAL CORPORATION

 /s/ *Glen A. Williams*
GLEN A. WILLIAMS
Porter Scott
A Professional Corporation
Attorneys for Defendants
ARNOLD SCHWARZENEGGER, et al.

IT IS SO ORDERED.

Dated: March 22, 2010

 /s/ Gregory G. Hollows
_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

gilm0830.dsc

2