**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant ARNOLD SCHWARZENEGGER, ROBERT DOYLE, All Commissioners of the Board of Parole Hearings, and All Deputy Commissioners of the Board of Parole Hearings Who Hear Lifer Cases

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, JAMES MASONER, RICHARD W. BROWN, CHRIS FOWLER, EDWARD STEWART, MARIO MARQUEZ, RICHARD LEWIS, and GLORIA OLSON, on their own behalf and on behalf of those similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>           Defendants.<br>_____/ | Case No. 2:05-cv-00830-LKK-GGH<br><br>**STIPULATION AND ORDER TO MOVE HEARING DATE** |

   IT IS HEREBY STIPULATED and agreed by and between Plaintiffs RICHARD M. GILMAN, JAMES MASONER, RICHARD W. BROWN, CHRIS FOWLER, EDWARD STEWART, MARIO MARQUEZ, RICHARD LEWIS, and GLORIA OLSON, on their own behalf and on behalf of those similarly situated (hereinafter collectively "Plaintiffs"), and Defendants ARNOLD SCHWARZENEGGER, ROBERT DOYLE, All Commissioners of the Board of Parole Hearings, and All Deputy Commissioners of the Board of Parole Hearings Who Hear Lifer Cases (hereinafter collectively "Defendants"), by and through their undersigned counsel, to continue the hearing date of Plaintiffs' Motion to Expand

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00802043.WPD   **STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE**

1   Preliminary Injunction to Entire Class from July 26, 2010, to August 9, 2010, at 10:00 a.m.
2   in Courtroom 4, before the Honorable Lawrence K. Karlton.  Moreover, the briefing schedule
3   on this Motion will be altered in accordance with the new hearing date and pursuant to
4   Eastern District Local Rule 230(b)-(d).

6          IT IS SO STIPULATED.

8   Dated: July 7, 2010                              U.C. DAVIS CIVIL RIGHTS CLINIC

10                                                   By    /s/ Carter C. White
                                                           Carter C. White
11                                                         Attorney for Plaintiffs
                                                           RICHARD M. GILMAN, et al.

13  Dated: July 7, 2010                              PORTER SCOTT
                                                     A PROFESSIONAL CORPORATION

15                                                   By    /s/ Michael W. Pott
                                                           Terence J. Cassidy
16                                                         Michael W. Pott
                                                           Glen A. Williams
17                                                         Attorney for Defendants
                                                           ARNOLD SCHWARZENEGGER, et al.

20          **IT IS HEREBY ORDERED.**

22  Dated: July 8, 2010.

25                          _/s/ Lawrence K. Karlton_
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
26                          UNITED STATES DISTRICT COURT

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
00802043.WPD    STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE