1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

RICHARD M. GILMAN, et al.,

10

                                    NO. CIV. S-05-830 LKK/GGH

11              Plaintiffs,

12         v.

                                          O R D E R

13   J. DAVIS., et al.,

14

                Defendants.

15   _____/

16      The above captioned case is a class action concerning numerous

17   constitutional challenges to California's parole system. The class

18   is defined as California state prisoners who: (i) have been

19   sentenced to a term that includes life; (ii) are serving sentences

20   that include the possibility of parole; (iii) are eligible for

21   parole; and (iv) have been denied parole on one or more occasions.

22   Gilman v. Davis, No. Civ. S-05-0830 LKK GGH, 2009 U.S. Dist. LEXIS

23   21614 (E.D. Cal. Mar. 4, 2009), aff'd 2010 U.S. App. LEXIS 11319

24   (9th Cir. June 3, 2010).  The plaintiff class is represented by

25   counsel. Plaintiffs seek injunctive and declaratory relief.

26   ////

                                    1

1      Currently before this court is a motion for permissive joinder

2   filed by Russel A. Bowden, Edwin D. McMillan, Donnie Holland, Aaron

3   Sprague, Henry Murray, Charles Wiseman, Abraham Glasper, Edward

4   Jones, Richard Smith, Jesse Pena and Mark A. Ballou, prisoners

5   proceeding pro se. In essence, these prisoners argue that they

6   should be considered  class members and request that this court

7   extend its February 4, 2010 preliminary injunction to include them.

8   They do not contend that they are not adequately represented in the

9   Gilman class action.

10      This court has determined that permissive joinder is not

11  warranted. In this court's experience, an action brought by

12  multiple inmate plaintiffs proceeding pro se presents procedural

13  problems that cause delay and confusion. Delay often arises from

14  the  frequent  transfer  of  inmates  to  other  facilities  or

15  institutions, the changes in address that occur when inmates are

16  released to parole, and the difficulties faced by inmates who

17  attempt to communicate with each other and with unincarcerated

18  individuals. Further, there is no indication that class counsel is

19  not adequately representing the interests of the class.

20      The court advises Mr. Bowden, Mr. McMillan, Mr. Holland, Mr.

21  Sprague, Mr. Murray, Mr. Wiseman, Mr. Glasper, Mr. Jones, Mr.

22  Smith, Mr. Pena and Mr. Ballou that if they are members of the

23  Gilman class action for equitable relief from prison conditions

24  that they may not maintain a separate, individual suit for

25  equitable relief involving the same subject matter of the class

26  action. See Crawford v. Bell, 599 F.2d 890, 892-93 (9th Cir. 1979);

1 | see also McNeil v. Guthrie, 945 F.2d 1163, 1165 (10th Cir. 1991)

2 | ("Individual suits for injunctive and equitable relief from alleged

3 | unconstitutional prison conditions cannot be brought where there

4 | is an existing class action."); Gillespie v. Crawford, 858 F.2d

5 | 1101, 1103 (5th Cir. 1988) (per curiam) ("To allow individual suits

6 | would interfere with the orderly administration of the class action

7 | and risk inconsistent adjudications.").

8 |       For the foregoing reasons, the court ORDERS as follows:

9 |       (1)   The motion for permissive joinder, ECF No. 272, is

10 |             DENIED.

11 |      (2)   The Clerk of Court is instructed to serve a copy of this

12 |             order upon Russel A. Bowden, Edwin D. McMillan, Donnie

13 |             Holland, Aaron Sprague, Henry Murray, Charles Wiseman,

14 |             Abraham Glasper, Edward Jones, Richard Smith, Jesse Pena

15 |             and Mark A. Ballou, at the addresses listed in their

16 |             motion.

17 |      IT IS SO ORDERED.

18 |      DATED:  September 22, 2010.

19

20

21   _____
     LAWRENCE K. KARLTON
22   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
23

24

25

26

3