IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

       Plaintiff,                        No. CIV S-05-0830 LKK GGH

   vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.             <u>ORDER</u>

_____/

       On December 9, 2010, plaintiffs' motion to compel requests for production came on for hearing. Monica Knox, along with Carter White and David Porter, appeared on behalf of the plaintiffs. Glen Williams represented the defendants. The undersigned now makes the following ORDERS:

       1. Plaintiffs' motion to compel production of documents, filed on November 4, 2010 (docket # 279), in response to plaintiffs' set one, requests for production nos. 1, 2 and 3, is granted pursuant to a protective order to be submitted as modified below.

       2. Defendants are to submit, within seven days, a protective order which eliminates from the proposed protective order in the Joint Statement submitted as Exhibit B to the declaration of defendants' counsel, Michael W. Pott, docket # 287-7, pp. 12 through 17, any and all references to state law, and to redacting any information ( e.g., no. 4 of the proposed order

1  at Exhibit B);

2        3. Once a modified proposed protective order is submitted as directed, it will

3  become the order of this court; thereafter,

4        4. Defendants will have fourteen days to produce the subject discovery

5  documents.

6  DATED: December 9, 2010

                   /s/ Gregory G. Hollows

                   GREGORY G. HOLLOWS
                   UNITED STATES MAGISTRATE JUDGE

GGH:009
gilm0830.mtc2