UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

        Plaintiffs,

    v.

SCHWARZENEGGER, et al.,

        Defendants.

        NO. CIV. S-05-830 LKK/GGH

O R D E R

Plaintiffs in the above captioned case have filed a motion for a preliminary injunction and a motion to amend the court's order granting class certification. (ECF Nos. 284, 286). These motions are noticed for hearing on the court's December 20, 2010 law and motion calendar. Due to the complexity of the issues raised in the motions, the court CONTINUES this hearing until Wednesday, January 12, 2011 at 1:30 p.m.

IT IS SO ORDERED.

DATED: December 9, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1