CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu


DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, et al., | NO. CIV-S-05-830 LKK GGH |
| Plaintiffs, | **STIPULATION REGARDING BRIEFING SCHEDULE;  ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | Judge:  Hon. LAWRENCE K. KARLTON |
| Defendants. | |

Pursuant to Local Rule 143, and in light of the postponement of the hearing previously set for December 20, 2010, to January 12, 2011, the parties, by and through their attorneys, hereby stipulate and agree that:

(1) Defendants may file supplemental oppositions to the motion for preliminary injunction and the motion to amend the order granting class certification on or before December 29, 2010;

1     (2)     Plaintiffs may file their replies regarding the preliminary injunction motion and
2 the motion to amend the order granting class certification on or before January 5, 2011.

3      Accordingly, the parties respectfully request the Court enter the order lodged herewith
4 approving this stipulation.

5 Dated: December 15, 2010      Dated: December 15, 2010

6 Respectfully submitted,      Respectfully submitted,

7      DANIEL J. BRODERICK
     Federal Defender

8

9 /s/ Glen A. Williams      /s/ David M. Porter
    GLEN A. WILLIAMS      DAVID M. PORTER
10 Porter Scott      Assistant Federal Defender
    A Professional Corporation
11      Attorneys for Plaintiffs
    Attorneys for Defendants      RICHARD M. GILMAN, et al.
12 ARNOLD SCHWARZENEGGER, et al.

13

14      IT IS SO ORDERED.

15 Dated: December 15, 2010

16

17

18                            LAWRENCE K. KARLTON
19                            SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
20