UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

         Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

         Defendants.
_____/

NO. CIV. S-05-830 LKK/GGH

O R D E R

    Plaintiffs submitted a report titled "April 2010 Special Stipulation Report #3 Excerpt" in support of their motion for a preliminary injunction. See Exh. 20 filed in support of Motion for Preliminary Injunction. This report contains information concerning 444 parole cases whose parole hearing dates were modified in light of a settlement in a state court case. These cases appear to be sorted first by institution and second by CDC number. The court is unable to manipulate the data because it is in a scanned file.

    For the foregoing reasons, the court instructs plaintiffs to file by noon on Monday, January 10, 2011 a document that sorts the data in the following manner:

1

| Modification of Date for Subsequent Parole Hearing in Years (From X years to Y years) | Number of Inmates Receiving Modification | Number of Hearings Held for Inmates Receiving this Modification | Number of Parole Grants for Inmates Receiving this Modification |
|---|---|---|---|
| 3 to 1 | | | |
| 3 to 2 | | | |
| 5 to 1 | | | |
| 5 to 2 | | | |
| 5 to 3 | | | |
| 5 to 4 | | | |
| 7 to 1 | | | |
| 7 to 2 | | | |
| 7 to 3 | | | |
| 7 to 4 | | | |
| 7 to 5 | | | |
| 10 to 1 | | | |
| 10 to 2 | | | |
| 10 to 3 | | | |
| 10 to 4 | | | |
| 10 to 5 | | | |
| 15 to 1 | | | |
| 15 to 2 | | | |
| 15 to 3 | | | |
| 15 to 4 | | | |
| 15 to 5 | | | |

Defendants may notify the court of any errors in plaintiffs' calculations in writing by 9:00 a.m on Wednesday, January 12, 2011. Defendants are **not** invited to submit supplemental briefing as to

the significance of this data.

    IT IS SO ORDERED.

    DATED:  January 7, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3