1  DANIEL J. BRODERICK, CSB #89424
   Federal Defender
2  MONICA KNOX, CSB #84555
   DAVID M. PORTER, CSB #127024
3  Assistant Federal Defenders
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone:  (916) 498-5700
5  monica_knox@fd.org
   david_porter@fd.org
6
   CARTER C. WHITE, CSB # 164149
7  U.C. Davis Civil Rights Clinic
   One Shields Avenue, Building TB-30
8  Davis, CA  95616-8821
   Telephone:  (530) 752-5440
9  ccwhite@ucdavis.edu

10 Attorneys for Plaintiffs
   RICHARD M. GILMAN, et al.

11

12                 IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 **RICHARD M. GILMAN, et al.,**           )   No. Civ. S 05-830 LKK GGH
                                            )
16                      Plaintiffs,         )   **ORDER DIRECTING CLERK TO FILE**
                                            )   **DOCUMENTS UNDER SEAL**
17        v.                                )
                                            )   Honorable Lawrence K. Karlton
18 **ARNOLD SCHWARZENEGGER, et**            )
   **al.,**                                 )
19                                          )
                        Defendants.         )
20 _____ )

21        Plaintiffs, RICHARD GILMAN et al., have filed an unopposed request for leave to file

22 under seal Exhibits 31 and 32 to the Reply to Defendants' Opposition for Preliminary

23 Injunction to Entire Class.

24        The documents concern matters that would be appropriate for filing under seal pursuant

25 to the Court's December 22, 2010 protective order.  Accordingly, the Court finds the request

26 / / /

27 / / /

28 / / /

1 | is appropriate under Local Rule 141 and should be GRANTED.

2 |         IT IS SO ORDERED.

3 | Dated: January 7, 2011

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```