**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant ARNOLD SCHWARZENEGGER, ROBERT DOYLE, All Commissioners of the Board of Parole Hearings, and All Deputy Commissioners of the Board of Parole Hearings Who Hear Lifer Cases

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al., | Case No. 2:05-cv-00830-LKK-GGH |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Pursuant to Local Rule 143, IT IS HEREBY STIPULATED and agreed by and between Plaintiffs RICHARD M. GILMAN, JAMES MASONER, RICHARD W. BROWN, CHRIS FOWLER, EDWARD STEWART, MARIO MARQUEZ, RICHARD LEWIS, and GLORIA OLSON, on their own behalf and on behalf of those similarly situated (hereinafter collectively "Plaintiffs"), and Defendants ARNOLD SCHWARZENEGGER, ROBERT DOYLE, All Commissioners of the Board of Parole Hearings, and All Deputy Commissioners of the Board of Parole Hearings Who Hear Lifer Cases (hereinafter collectively "Defendants"), by and through their undersigned counsel, that, insofar as Plaintiffs have requested and will in the future be requesting the production of documents

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00859333.WPD

1

**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS**

1  responsive to Requests Numbers 1, 2 and 3, seeking *inter alia* "BPH Form 1045(A) filings,"
2  all other requests (not on Form 1045(A)), and decisions with regard to petitions "to advance
3  a life prisoner's next parole suitability hearing," in the August 18, 2010 Request for
4  Production of Documents by Plaintiffs, as compelled by the Order of the Court [Docket No.
5  294] dated December 9, 2010, for responsive time periods subsequent to those time periods
6  already presently produced and hereafter to be produced by Defendants, any such production
7  of documents responsive to those requests, including *inter alia* Form 1045(A) Petitions to
8  Advance and respective supportive documentation, shall be produced as "confidential"
9  material subject to the provisions of the Protective Order [Docket No. 301] issued by this
10 Court on December 23, 2010.

11        IT IS FURTHER STIPULATED that on or before February 7, 2011, Defendants will
12 produce the documents described in the Requests Numbers 1, 2, and 3, in the December 23,
13 2010 Request for Production of Documents, and on or before February 7, 2011, Defendants
14 will produce the documents in Request Number 4 in the August 18, 2010 Request for
15 Production of Documents, which shall be produced as "confidential" material subject to the
16 provisions of the Protective Order [Docket No. 301] issued by this Court on December 23,
17 2010.

19        IT IS SO STIPULATED.

21 Dated: January 19, 2011              DANIEL J. BRODERICK
22                                      Federal Defender

24                                      By   /s/ David Porter (as authorized on 1/19/11)
                                             David Porter
25                                           Attorney for Plaintiffs
                                             RICHARD M. GILMAN, et al.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00859333.WPD

2
**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS**

| | |
|---|---|
| Dated: January 19, 2011 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By  /s/ Michael W. Pott<br>Terence J. Cassidy<br>Michael W. Pott<br>Glen A. Williams<br>Attorney for Defendants<br>ARNOLD SCHWARZENEGGER, et al. |

**IT IS HEREBY ORDERED.**

Dated: January 20, 2011          /s/ Gregory G. Hollows
                                            United States Magistrate Judge
                                            Gregory G. Hollows

gilm0830.pd

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00859333.WPD

3

**STIPULATION AND [PROPOSED] ORDER
REGARDING PRODUCTION OF DOCUMENTS**