UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

        NO. CIV. S-05-830 LKK/GGH

    Plaintiffs,

  v.

O R D E R

EDMUND G. BROWN, JR., et al.,

    Defendants.

    A status conference was held in chambers on February 28, 2011. After hearing, the court orders as follows:

    1.  A further status conference is set for September 6, 2011 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED:  March 1, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1