CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, et al., | No. Civ. S 05-830 LKK GGH |
| Plaintiffs, | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.**, | Judge: Hon. LAWRENCE K. KARLTON |
| Defendants. | |

On April 6, 2011, the Court ruled orally on Plaintiffs' request to seal documents (CR #333). This order memorializes that ruling. The request is GRANTED as to Pages BPH 75 to 3555, because the Court finds a compelling reason that outweighs the general history of access and the public policies favoring disclosure, namely, that the documents include sensitive medical records such as psychological evaluations. See, e.g., BPH 160-168, 205-206, 235-245, 258, 564-572, 774-776, 821-831, 1118-1120, 1423-1435, 1595-1607. The Clerk of the Court is directed to file and maintain these documents under seal indefinitely, permitting access only to officers and employees of the court, and court reporters where

1 disclosure is necessary.

2     No compelling reasons, however, were presented to support the sealing of Pages BPH 1-69, which are training materials regarding petitions for advance hearings, and therefore the request to seal as to those pages is DENIED.  Excerpts from these pages shall be filed in the public docket as Exhibits 38 to 42.

Dated:  April 13, 2011

Approved as to form:

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

 /s/ Michael William Pott
MICHAEL WILLIAM POTT
Attorney for Defendants