DANIEL J. BRODERICK, CSB #89424
Federal Defender
MONICA KNOX, CSB #84555
DAVID M. PORTER, CSB #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone:  (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA  95616-8821
Telephone:  (530) 752-5440
ccwhite@ucdavis.edu

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN, et al.,** | No. Civ. S 05-830 LKK GGH |
| Plaintiffs, | **ORDER AMENDING DEFINITIONS OF CERTIFIED CLASS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On March 14, 2009, the Court certified this case as a class action, creating one class for all claims alleged in the Corrected Fourth Amended Complaint; the class defined as all California state prisoners who a) have been sentenced to a life term with possibility of parole, b) have reached parole eligibility, and c) have been denied parole at least once.

Plaintiffs have now moved to amend that order to create different definitions of the class for different sets of claims.

GOOD CAUSE APPEARING, the Court grants Plaintiffs' motion and orders the following amendments to the class definition:

1. As to Claim 8 (*ex post facto* challenge to Proposition 9 deferral provisions), the class is defined as "all California state prisoners who have been sentenced to a life term with possibility of parole for an offense that occurred before November 4, 2008."

2. As to Claim 9 (*ex post facto* challenge to Proposition 89 giving Governor authority to overturn a parole decision), the class is defined as "all California state prisoners who have been sentenced to a life term with possibility of parole for an offense that occurred before November 8, 1988."

3. As to all other claims, the class is defined as "all California state prisoners who have been sentenced to a life term with possibility of parole and have reached eligibility for a parole consideration hearing."

Dated: April 22, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT