CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, et al., | NO. CIV-S-05-830 LKK GGH |
| Plaintiffs, | **REQUEST TO EXTEND THE TIME FOR FILING PLAINTIFFS' POST-HEARING BRIEF; DECLARATION OF COUNSEL;  ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | **Judge:       Hon. LAWRENCE K. KARLTON** |

Pursuant to Local Rule 143, Plaintiffs, RICHARD M. GILMAN, et al., by and through their attorneys, request that the Court extend the time for filing Plaintiffs' post-hearing briefing, currently due June 16, 2011, to June 27, 2011, for the reasons set forth in the attached declaration of counsel.  This is the first request for extension and it is not interposed to unduly delay the proceedings or for any other improper purpose.

/ / /

Counsel for Defendants indicated that Defendants oppose the request.

Dated:  June 15, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


 /s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

Pursuant to the request of Plaintiffs, and good cause appearing therefor, the deadline for the filing of Plaintiffs' post-hearing brief is extended June 27, 2011.  The court further extends Defendant's deadline for filing their post-hearing brief to June 27, 2011.

Dated:  June 16, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

### DECLARATION OF MONICA KNOX

I, MONICA KNOX, declare as follows:

I am an attorney licensed to practice in the state of California and admitted to practice in this Court;  with David Porter and Carter White, I am counsel in this matter.

I am the attorney responsible for the *ex post facto* challenge to Proposition 9.  I am the one who drafted all the pleadings on the motions for preliminary injunctions and on appeal, I am the one who put together the case for evidentiary hearing, and I am the one who is preparing the post-evidentiary hearing brief.

Inasmuch as many life prisoners continue to be adversely affected by the Proposition 9 deferral periods, I have given this matter priority.  I fully anticipated filing our post-hearing brief without delay and without extensions.  However, I fell behind when I was injured in an automobile accident on May 19, 2011.  I have worked extended hours this past week to complete the brief, but I now have a family emergency that requires me to go to Southern California for several days.

For these reasons, I cannot complete the brief for filing by tomorrow and am asking for time to take care of the family matter, return to work and complete the brief.

I declare the foregoing is true and correct.

Executed under penalty of perjury this 15th day of June, 2011, at Sacramento, California.

*Monica Knox*
MONICA KNOX

3