DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, et al.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>**ARNOLD SCHWARZENEGGER, et al.**,<br><br>                    Defendants. | NO. CIV-S-05-830 LKK GGH<br><br>**REQUEST TO EXTEND THE TIME FOR FILING PLAINTIFFS' POST-HEARING BRIEF; DECLARATION OF COUNSEL; [lodged] ORDER**<br><br>**Judge:    Hon. LAWRENCE K. KARLTON** |

Pursuant to Local Rule 143, Plaintiffs, RICHARD M. GILMAN, et al., by and through their attorneys, request that the Court extend the time for filing Plaintiffs' post-hearing briefing, currently due June 27, 2011, to July 5, 2011, for the reasons set forth in the attached declaration of counsel.

This is Plaintiffs' second request for extension; a prior request for an extension of eleven days was granted. This request is not interposed to unduly delay the proceedings or for any other improper purpose.

/ / /

Counsel for Defendants do not oppose this request; they do, however, want any extension to cover their brief as well.

Dated: June 27, 2011

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ *Monica Knox*
                                          MONICA KNOX
                                          Assistant Federal Defender

                                          Attorneys for Plaintiffs

Pursuant to the request of Plaintiffs, and good cause appearing therefor, the deadline for the filing of all parties' post-hearing briefs is extended to July 5, 2011.

Dated: June 27, 2011.

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT