IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

      Plaintiff,                    No. CIV S-CIV-S-05-0830 GGH P

   vs.

EDMUND J. BROWN, et al.,

      Defendants.           <u>ORDER</u>

                            /

        Plaintiffs' motion to compel production of documents and to strike objections came on for hearing on September 29, 2011. Monica Knox, Daniel Broderick and Carter White appeared on behalf of plaintiffs; defendants were represented by Glen Williams. For the reasons set forth on the record at the hearing, the court makes the following ORDERS:

        1. Plaintiff's motion for production of documents in response to Request for Production No. 3 of plaintiff's Requests for Production of Documents, Set three, filed on September 8, 2011 (docket # 367), is granted, as set forth below;

        2. Defendants must produce, within forty days of the date of the hearing on September 29, 2011, the following documents for the subclass defined as "all California state prisoners who have been sentenced to a life term with possibility of parole for an offense that occurred before November 8, 1988" (docket # 340 at 2):

1

        a. Unredacted Executive Case Summaries for all convicted murderers who come within the subclass who were granted parole by the Board of Parole Hearings (BPH) from January 1, 1991, through December 31, 2008;

        b. Unredacted Decision Face Sheets for all convicted murderers within the subclass granted parole by the BPH from January 1, 2009 to August 31, 2011;

3. The unredacted Executive Case Summaries and Decision Face Sheets are to be produced subject to the protective order on file in this case (docket # 301).

4. There will be no extensions of time granted for production.

DATED: September 30, 2011

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH:009
gilm0530.ord