UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

                                                 NO. CIV. S-05-830 LKK/GGH

      Plaintiffs,

  v.

                                                 O R D E R

EDMUND J. BROWN, et al.,

      Defendants.

                              /

     The court is in receipt of the report of Professor Richard Berk, which is ordered filed herewith.  The parties are granted twenty (20) days to file such supplemental briefs as they believe are justified by virtue of the report.  Thereafter, the matter will stand submitted.

     IT IS SO ORDERED.

     DATED:  November 30, 2011.

                                               LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT