IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD M. GILMAN,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **EDMUND G. BROWN JR.,** *et al.*, <br><br> Defendants. | 2:05-cv-00830-LKK-GGH (PC) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO FILE AN AMENDED ANSWER TO PLAINTIFFS' [CORRECTED] FOURTH AMENDED/SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF—CLASS ACTION** <br><br> Date: February 13, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 4 <br> Judge The Honorable Lawrence K. Karlton |

Defendants' Motion to Amend their Answer to Plaintiffs' [Corrected] Fourth Amended/Supplemental Complaint for Declaratory and Injunctive Relief—Class Action ("Fourth Amended Complaint") came before the Court for hearing on February 13, 2012, at 10:00 a.m., in Courtroom 4, located at 501 "I" Street, Sacramento, California 95814. David Porter and Carter White appeared for Plaintiffs. Sara Romano and Christopher Rench appeared for Defendants. The Court, having considered the papers filed in support of Defendants' Motion, the Proposed

Amended Answer, the papers filed in opposition to the Motion, and the respective arguments of counsel, orders as follows:

1. Defendants' Motion to Amend their Answer to Plaintiffs' Fourth Amended Complaint is hereby granted.

2. Counsel for defendants is directed to file the Amended Answer submitted with Defendants' Motion on January 11, 2012.

Dated: February 16, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Approved as to form.

Dated:   2/14/12

KAMALA D. HARRIS
Attorney General of California

By:    */s/ Sara J. Romano*
_____
SARA J. ROMANO
Deputy Attorney General

Attorneys for Defendants

Approved as to form.

Dated:   2/14/12

DANIEL J. BRODERICK
Federal Defender

By:    */s/ David M. Porter* (as authorized on 2/14/12)
_____
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Plaintiffs
Richard Gilman, *et al.*