1  CARTER C. WHITE, Bar #164149
   King Hall Civil Rights Clinic
2  U.C. Davis School of Law
   One Shields Avenue, Building TB-30
3  Davis, California 95616
   Telephone: (530) 752-5440
4  ccwhite@ucdavis.edu

5

6  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
   MONICA KNOX, Bar #84555
7  DAVID PORTER, Bar #127024
   Assistant Federal Defenders
8  801 I Street, 3rd Floor
   Sacramento, California 95814
9  Telephone: (916) 498-5700
   monica_knox@fd.org
10 david_porter@fd.org

11 Attorneys for Plaintiffs
   RICHARD M. GILMAN, et al.
12

13           IN THE UNITED STATES DISTRICT COURT

14           FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 **RICHARD M. GILMAN**, *et al.*,      )  NO. CIV-S-05-830 LKK GGH
                                         )
17            Plaintiffs,                )  **STIPULATION TO RESET HEARING DATE**
                                         )  **ON DEFENDANTS' MOTION FOR**
18       v.                              )  **JUDGMENT ON THE PLEADINGS;**
                                         )  **ORDER**
19 **EDMUND G. BROWN, Jr.**, *et al.*,   )
                                         )
20            Defendants.                )  **Judge:  Hon. LAWRENCE K. KARLTON**
                                         )
21

22         Pursuant to Local Rule 143, the parties, by and through their attorneys, hereby stipulate and

23 agree that the hearing on Defendants' motion for judgment on the pleadings, currently noticed for

24 April 23, 2012, be reset to May 21, 2012, at 10:00 a.m.  The parties also stipulate that Plaintiffs'

25 opposition to the motion will be filed on or before April 30, 2012, and Defendants' reply, if any, will

26 be filed on or before May 14, 2012.  Accordingly, the parties respectfully request the Court enter the

27 ///

28 ///

order lodged herewith approving this stipulation.

Dated: April 3, 2012                                             Dated: April 3, 2012

Respectfully submitted,                                          Respectfully submitted,

KAMALA D. HARRIS                                                 DANIEL J. BRODERICK
Attorney General                                                 Federal Defender

 /s/ *Christopher J. Rench*                                       /s/ *David M. Porter*
CHRISTOPHER J. RENCH                                             DAVID M. PORTER
Deputy Attorney General                                          Assistant Federal Defender

Attorneys for Defendants                                         Attorneys for Plaintiffs
EDMUND G. BROWN, Jr., *et al.*                                   RICHARD M. GILMAN, et al.

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Defendants' motion for judgment on the pleadings is reset to May 21, 2012, at 10:00 a.m. Plaintiffs' opposition shall be filed on or before April 30, 2012, and Defendants' reply, if any, shall be filed on or before May 14, 2012.

Dated: April 4, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2