CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu


DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, *et al.*, | NO. CIV-S-05-830 LKK GGH |
| Plaintiffs, | **STIPULATION TO RESET HEARING DATE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; ORDER** |
| v. | |
| **EDMUND G. BROWN, Jr.,** *et al.*, | |
| Defendants. | **Judge:  Hon. LAWRENCE K. KARLTON** |

Pursuant to Local Rule 143, the parties, by and through their attorneys, hereby stipulate and agree that the hearing on Defendants' motion for judgment on the pleadings, currently noticed for April 23, 2012, be reset to May 21, 2012, at 10:00 a.m.  The parties also stipulate that Plaintiffs' opposition to the motion will be filed on or before April 30, 2012, and Defendants' reply, if any, will be filed on or before May 14, 2012.  Accordingly, the parties respectfully request the Court enter the

///

///

order lodged herewith approving this stipulation.

Dated: April 3, 2012                                              Dated: April 3, 2012

Respectfully submitted,                                      Respectfully submitted,

KAMALA D. HARRIS                                         DANIEL J. BRODERICK
Attorney General                                                 Federal Defender


 /s/ *Christopher J. Rench*                                    /s/ *David M. Porter*
CHRISTOPHER J. RENCH                                 DAVID M. PORTER
Deputy Attorney General                                     Assistant Federal Defender

Attorneys for Defendants                                   Attorneys for Plaintiffs
EDMUND G. BROWN, Jr., *et al.*                    RICHARD M. GILMAN, et al.


      Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Defendants' motion for judgment on the pleadings is reset to May 21, 2012, at 10:00 a.m. Plaintiffs' opposition shall be filed on or before April 30, 2012, and Defendants' reply, if any, shall be filed on or before May 14, 2012.

Dated: April 4, 2012

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2