UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

          Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

          Defendants.

                NO. CIV. S-05-830 LKK/GGH

                O R D E R

On November 30, 2011, the court issued the report of statistical expert Professor Richard Berk, ECF No. 384. In that report, Professor Berk declared that after a reasonable statistical analysis of the evidence submitted by plaintiff, Professor Berk could not conclude that there is likely to be a risk of prolonged incarceration under the procedural changes in Proposition 9, as compared to the pre-Proposition 9 procedures. The court ordered additional briefing from the parties, which has been received.

On the record presently before the court, plaintiffs' motion for a preliminary injunction must be denied. Nothing in this order should be construed as an opinion on the merits of plaintiffs'

1

```
1  claims at trial.
2       Accordingly, the court ORDERS as follows:
3            [1] Plaintiff's motion for a preliminary injunction, ECF
4            No. 284 is DENIED.
5            [2] A status conference is SET for April 30, 2012 at
6            3:30 p.m.
7       IT IS SO ORDERED.
8       DATED:  April 4, 2012.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT