DANIEL J. BRODERICK, CSB #89424
Federal Defender
MONICA KNOX, CSB #84555
DAVID M. PORTER, CSB #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

CARTER C. WHITE, CSB #164149
U.C. David Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN, et al.**, <br><br>       Plaintiffs, <br><br>       v. <br><br> **EDMUND G. BROWN, Jr.**, **et al.**, <br><br>       Defendants. | No. Civ. S 05-830 LKK GGH <br><br> **PLAINTIFFS' EX PARTE REQUEST FOR PERMISSION TO CONTACT STATISTICAL EXPERT RICHARD BERK** |

By order filed August 31, 2011, this Court appointed Professor Richard Berk to provide an opinion regarding the evidence relative to Plaintiffs' Motion for Preliminary Injunction. In that order, the Court stated that neither the plaintiffs nor the defendants could communicate directly with Professor Berk.

Today, the Court denied the Plaintiffs' Motion for Preliminary Injunction.

Given that the motion on which Professor Berk was acting as an expert is no longer pending, plaintiffs request the Court to withdraw the ban on direct communication with Professor Berk.

Dated: April 5, 2012                                Respectfully submitted,

   /s/ *Daniel J. Broderick*
DANIEL J. BRODERICK
Federal Defender
MONICA KNOX
DAVID M. PORTER
Assistant Federal Defenders
CARTER WHITE
U.C. Davis Civil Rights Clinic

Attorneys for Plaintiffs

GOOD CAUSE APPEARING, the parties are now free to communicate directly with Professor Richard Berk.

Dated: April 5, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2