JOSEPH SCHLESINGER, #CSB #87692
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
MATTHEW M. SCOBLE, CSB Bar #237432
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org
matthew_scoble@fd.org

CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, Jr.,** *et al.*,<br><br>Defendants. | NO. CIV-S-05-830 LKK GGH<br><br>**STIPULATION TO EXCHANGE EXHIBITS ON OR BEFORE MARCH 4, 2013; ORDER** |

Pursuant to Paragraph X.B. of the Pretrial Conference Order [Tentative], the parties are to exchange copies of the exhibits not later than 14 days from the date of the order. Because of delays encountered in receiving necessary documents from third parties, the parties hereby stipulate, by and between their attorneys, that copies of exhibits shall be

/ / /

/ / /

exchanged on or before March 4, 2013. This stipulation does not affect the order's provision for the filing of objections, which is fourteen (14) days from the exchange.

Dated: February 20, 2013                              Dated: February 20, 2013

Respectfully submitted,                                    Respectfully submitted,

KAMALA D. HARRIS                                      JOSEPH SCHLESINGER
Attorney General                                               Acting Federal Defender


 /s/  *Christopher J. Rench*                                 /s/  *David M. Porter*
CHRISTOPHER J. RENCH                              DAVID M. PORTER
Deputy Attorney General                                  Assistant Federal Defender

Attorneys for Defendants                                 Attorneys for Plaintiffs
EDMUND G. BROWN, Jr., *et al.*                  RICHARD M. GILMAN, et al.

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the pretrial conference order [tentative] shall be amended to provide that the parties shall exchange copies of exhibits on or before March 4, 2013.

Dated: February 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT