UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN, et al.,

        Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

        Defendants.
_____/

NO. CIV. S-05-830 LKK/GGH

O R D E R

The California Supreme Court has now decided In re Vicks, ___ Cal. 4th ___, 2013 WL 781496, ___ Cal. LEXIS ___ (March 4, 2013), rejecting an ex post facto challenge to Proposition 9 under the California Constitution.  This court's stay on Claim 8, an ex post facto challenge to Proposition 9 under the U.S. Constitution is therefore lifted.[1]

The court will therefore postpone the following upcoming court dates so that the cross-motions for summary judgment on all

---

[1] It appears that Vicks also rejected the ex post facto challenge under the U.S. Constitution.  However, this court is still required to make an independent ruling on that issue.

1

surviving claims can be decided together:

1. The <u>in limine</u> motions, currently scheduled to be heard on March 8, 2013, are hereby **CONTINUED** to the court's regular Law and Motion Calendar of May 13, 2013 at 10:00 a.m.; and

2. The trial in this matter, currently scheduled for April 23, 2013, is hereby **CONTINUED** to June 25, 2013 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  March 5, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2