1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MONICA KNOX, Bar #84555
   DAVID PORTER, Bar #127024
3  Assistant Federal Defenders
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5  monica_knox@fd.org
   david_porter@fd.org
6
   CARTER C. WHITE, Bar #164149
7  King Hall Civil Rights Clinic
   U.C. Davis School of Law
8  One Shields Avenue, Building TB-30
   Davis, California 95616
9  Telephone: (530) 752-5440
   ccwhite@ucdavis.edu
10
   Attorneys for Plaintiffs
11 RICHARD M. GILMAN, *et al.*

12
                IN THE UNITED STATES DISTRICT COURT
13
            FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15 **RICHARD M. GILMAN**, *et al.*,        )  No. Civ. S 05-830 LKK GGH
                                           )
16                        Plaintiffs,      )  **ORDER**
                                           )  **TO SEAL DOCUMENTS**
17           v.                            )
                                           )  **Judge:    Hon. LAWRENCE K.**
18 **EDMUND G. BROWN, JR.**, *et al.*,     )  **          KARLTON**
                                           )
19                        Defendants.      )
   _____)
20

21     Pursuant to the unopposed request of Plaintiffs, and good cause appearing therefore, the

22 request to file documents under seal is GRANTED.  The Clerk of the Court is directed to file and

23 maintain Exhibits 1 and 5 to Plaintiffs' Motion for Summary Judgment and Preliminary

24 Injunction under seal indefinitely, permitting access only to officers and employees of the court,

25 and court reporters where disclosure is necessary.

26 Dated: April 26, 2013.

27

28                                _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT