DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org
david_porter@fd.org

CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

Attorneys for Plaintiffs
RICHARD M. GILMAN, *et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RICHARD M. GILMAN,** *et al.*, | ) | No. Civ. S 05-830 LKK GGH |
| Plaintiffs, | ) | **ORDER** |
| | ) | **TO SEAL DOCUMENTS** |
| v. | ) | |
| **EDMUND G. BROWN, JR.,** *et al.*, | ) | |
| Defendants. | ) | **Judge:     Hon. LAWRENCE K. KARLTON** |

Pursuant to the unopposed request of Plaintiffs, and good cause appearing therefor, the request to file documents under seal is GRANTED.  The Clerk of the Court is directed to file and maintain Exhibit 14 to Plaintiffs' Reply to Opposition to Motion for Summary Judgment (BPH 6145 to BPH 21171) under seal indefinitely, permitting access only to officers and employees of the court, and court reporters where disclosure is necessary.

Dated: April 26, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT