CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
matthew_scoble@fd.org
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, *et al.*, | NO. CIV-S-05-830 LKK GGH |
| Plaintiffs, | **ORDER RE: EXHIBIT 66** |
| v. | |
| **EDMUND G. BROWN, Jr.**, *et al.*, | **Judge: Hon. LAWRENCE K. KARLTON** |
| Defendants. | |

Plaintiffs' application for reconsideration (ECF No. 482) is DENIED. Plaintiffs are cautioned that they must comply with the Local Rules of this court, including those dealing with noticed motions and ex parte applications.

Dated: May 16, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT