CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
matthew_scoble@fd.org
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, *et al.*, | NO. CIV-S-05-830 LKK GGH |
| Plaintiffs, | **ORDER RE: EXHIBIT 66** |
| v. | |
| **EDMUND G. BROWN, Jr.,** *et al.*, | **Judge: Hon. LAWRENCE K. KARLTON** |
| Defendants. | |

Plaintiffs' noticed motion for reconsideration (ECF No. 486) is DENIED WITH PREJUDICE. The June 17, 2013 hearing on this motion is VACATED.

Dated: May 23, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT