CARTER C. WHITE, Bar #164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, California 95616
Telephone: (530) 752-5440
ccwhite@ucdavis.edu

HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
MONICA KNOX, Bar #84555
DAVID PORTER, Bar #127024
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
matthew_scoble@fd.org
monica_knox@fd.org
david_porter@fd.org

Attorneys for Plaintiffs
RICHARD M. GILMAN, *et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD M. GILMAN**, *et al.*, | NO. CIV-S-05-830 LKK CKD |
| Plaintiffs, | |
| | **ORDER** |
| v. | |
| **EDMUND G. BROWN, Jr.,** *et al.*, | Judge: Hon. Lawrence K. Karlton |
| Defendants. | |

The court has considered Plaintiffs' Motion to Continue Trial One Day, which was filed because of the death of counsel Monica Knox's sister, and the memorial service scheduled for the first day of trial. The court has also considered Defendants' opposition thereto, asserting that plaintiffs have not met the legal standards for granting a continuance. Good cause having been shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Continue Trial One Day is hereby

1  GRANTED. Trial in the above-entitled matter shall begin on Wednesday, June 26, 2013, at
2  9:30 a.m.
3  Dated: June 19, 2013

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```