UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al., | No.  CIV. S-05-830 LKK/CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiffs have noticed a motion to alter or amend this court's judgment, entered in accordance with its February 28, 2014 Order (ECF No. 532).  Plaintiffs request that the court's judgment regarding Proposition 89 be changed to enjoin the Governor from "reversing or modifying grants of parole to class members when the reversal or modification would result in delaying the prisoner's release from custody beyond the release date calculated by the California Department of Corrections and Rehabilitation based on the term set by the Board of Parole Hearings at the time the prisoner was granted parole" (ECF No. 534).

////

1

The court has determined that this motion may be decided without the need for oral argument.  The hearing on this motion, scheduled for April 7, 2014, is hereby **VACATED**.

The motion will be denied, as the court granted plaintiffs the full relief they requested regarding Proposition 89.  The complaint requests an order requiring that "the Governor's review of parole decisions be based on the same factors the Board is required to consider, as required by Article V, Section 8(b) of the California Constitution, and Section 3401.2 of the California Penal Code."  [Corrected] Fourth Amended Supplemental Complaint (ECF No. 175) ¶ 5.[1]

Accordingly, plaintiffs' motion (ECF No. 534) is **DENIED**.

It IS SO ORDERED.

DATED:  March 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court noted this limitation to plaintiffs' request for relief in its summary judgment order.  See ECF No. 479 n.49.  While plaintiffs also requested "[s]uch other and further relief as may be just and proper," the court has already determined that relief beyond what it granted was "beyond the power of this court to grant."  ECF No. 532 at 58 n.7.  Nothing in plaintiffs' motion papers shows that the court was incorrect in so holding.

2