UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al., | No.  CIV. S-05-830 LKK/CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiffs in this certified class action are state prisoners proceeding through counsel.  A document, entitled "Motion for Judgment and Order Enforcing 'Class Member' Ivan von Staich's September 14, 2011 Parole Grant, Rescinded by the Governor Edmund Brown on February 10, 2012; Memorandum of Points and Authorities; F.R.Civ.P., Rule 71 in Support Thereof," was recently filed in this case, purportedly by a "Plaintiff Class Member In Pro Se."  See ECF No. 537.  Considerations of case management and judicial economy preclude further filing of such documents in this action.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court shall **STRIKE** ECF No. 537, and shall not

1

1 file in this action any further documents submitted by an inmate
2 proceeding pro se.  All documents bearing the above-captioned
3 case name and/or number which are submitted to the Clerk of the
4 Court by an inmate proceeding pro se shall be returned to the
5 inmate with a copy of this order.
6     IT IS SO ORDERED.
7     DATED:  March 25, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT