UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICHARD M. GILMAN, et al., | No.  CIV. S-05-830 LKK/CKD |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiffs have noticed a motion for attorneys' fees.  The court has determined that this motion may be decided without the need for oral argument.  Accordingly, the matter is taken under submission and the hearing on this motion, scheduled for May 5, 2014, is hereby **VACATED**.

IT IS SO ORDERED.

DATED: April 29, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1