UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al., | No. CIV. S-05-830 LKK/CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiffs have noticed a motion to enforce the court's judgment of February 28, 2014 (ECF No. 533). The court has determined that this motion may be decided without the need for oral argument. Accordingly the matter is taken under submission and the hearing on this motion, scheduled for May 19, 2014, is hereby **VACATED**.

IT IS SO ORDERED.

DATED: May 12, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1