UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | No.  CIV. S-05-830 LKK/CKD<br><br><br><br>**ORDER** |

　　　This court previously entered its judgment in this case, but stayed the judgment pending the resolution of any appeal.[1] However, as plaintiffs point out in their pending Motion To Enforce Judgment, no party filed a motion requesting that this court issue a stay pending appeal under the applicable standards. In their opposition, defendants assert, among other things, that if the matter is not stayed, "Defendants agree with Plaintiffs that a 21-day stay is proper so that Defendants may seek a stay

---

[1] The court stated that "[t]his order is stayed for 31 days, and goes into effect immediately thereafter, unless a timely appeal is filed." ECF No. 532 at 58.  Accordingly, if a timely appeal was filed, the stay would remain in effect until the appeal was resolved.

1

from the Ninth Circuit." ECF No. 552 at 7 n.2.

Accordingly,

1. Plaintiffs' motion (ECF No. 547) is **GRANTED**; and

2. That portion of the court's order and judgment (ECF Nos. 532 & 533), that issued a stay pending appeal is hereby **VACATED**, effective 21 days from the date of this order, so that a stay may be sought from the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: July 22, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT