CARTER C. WHITE, Ca Bar # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Building TB-30
Davis, CA  95616-8821
Telephone:  (530) 752-5440
Facsimile:  (530) 752-5788
ccwhite@ucdavis.edu

HEATHER E. WILLIAMS, Ca Bar 122664
Federal Defender
ANN C. McCLINTOCK, Ca Bar #141313
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone:  (916) 498-5700

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al.,<br><br>Petitioner,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>Defendants. | NO. 2:05-cv-830 MCE<br><br>**ORDER<br>GRANTING MOTION TO<br>SUBSTITUTE PAUL MADDEN AS<br>NAMED REPRESENTATIVE<br>PLAINTIFF** |

Consistent with the requirements Rule 25(a) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, noted on the record the death of the named plaintiff representative, Richard M. Gilman, and moved unopposed to substitute a new named plaintiff representative.  The Court finds that the rights of the class members survive Mr. Gilman's death, this action does not abate, but proceeds in favor of the remaining plaintiff class members.  Therefore, Plaintiffs'

request that class member PAUL MADDEN be substituted as Plaintiffs' named plaintiff representative is GRANTED.

The Clerk is directed to change the caption of this action to *Paul Madden, et al. v. Edmund G. Brown, et al.,*

IT IS SO ORDERED.

Dated: September 21, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE