UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. GILMAN, et al., | No. 2:05-cv-00830-MCE-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, et al. | |
| Defendants. | |

The Court entered judgment in favor of Plaintiffs after a bench trial. ECF Nos. 532-33. That decision was reversed on appeal, ECF No. 564, and remanded with instructions for this Court to enter judgment for the State of California. In keeping with those instructions, the judgment entered on February 28, 2014, is vacated, and the Clerk of the Court is directed to enter judgment for the State of California and to close this case.

IT IS SO ORDERED.

Dated: May 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1